# United States Court of Appeals
### For the First Circuit

---

No. 22-1787

UNITED STATES,

Appellant,

v.

JOVAN VAVIC,

Defendant - Appellee.

---

**ORDER OF COURT**

Entered: August 1, 2024

      Appellee Jovan Vavic's motion to reschedule oral argument is granted. The case is removed from the calendar for Tuesday, September 10, 2024, and will be called at oral argument on Monday, October 7, 2024.

      By the Court:

      Maria R. Hamilton, Clerk

cc: Sarah M. Harris, Katherine A. Trefz, Ashwin Shandilya, Jeffrey G. Ho, Carol Elisabeth Head, Donald Campbell Lockhart, Kriss Basil, Kristen A. Kearney, Stephen Emanuel Frank, Justin David O'Connell, Alexia R. De Vincentis, Leslie Wright, Ian J. Stearns, William H. Kettlewell, Anthony E. Fuller, Diana K. Lloyd, Lauren E. Swidler, Mark David Smith, Glenn A. MacKinlay, Jeffrey P. Wiesner, David J. Grimaldi, Natashia Tidwell, Michael M. Maya, Keren E. Goldenberg, Denis Michael King, and Sara E. Silva.