# In the United States Court of Appeals for the First Circuit

_____

No. 22-1787

UNITED STATES OF AMERICA,
*Appellant,*

*v.*

JOVAN VAVIC,
*Defendant-Appellee.*

_____

**NOTICE OF WITHDRAWAL OF SARAH M. HARRIS AS COUNSEL**

_____

Please take notice that I, Sarah M. Harris, as a partner at Williams & Connolly LLP, attorney of record for Defendant-Appellant Jovan Vavic, hereby withdraw my appearance as counsel in this matter because I will be leaving my employment at Williams & Connolly as of January 17, 2025. Mr. Vavic will continue to be represented by his other counsel of record.

    Respectfully submitted,

    /s/ *Sarah M. Harris*
    SARAH M. HARRIS
    WILLIAMS & CONNOLLY LLP
    *680 Maine Avenue SW*
    *Washington, DC 20024*

DATE: JANUARY 17, 2025
    *(202) 434-5000*

## CERTIFICATE OF SERVICE

I, Sarah M. Harris, counsel for Defendant-Appellee Jovan Vavic, and a member of the Bar of this Court, certify that, on January 17, 2025, a copy of the attached Notice of Withdrawal of Sarah M. Harris as Counsel was filed with the Clerk and served on the parties through the Court's electronic filing system. I further certify that all parties required to be served have been served.

/s/ Sarah M. Harris
SARAH M. HARRIS