# United States Court of Appeals
## For the First Circuit

No. 22-1787

UNITED STATES OF AMERICA,

Appellant,

v.

JOVAN VAVIC,

Defendant, Appellee.

**JUDGMENT**

Entered: May 30, 2025

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's order for a new trial is reversed as to Count Three and affirmed as to Count Sixteen, and the matter is remanded to the district court for further proceedings consistent with the opinion issued this day.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Hon. Indira Talwani, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Katherine A. Trefz, Ashwin Shandilya, Jeffrey G. Ho, Carol Elisabeth Head, Donald Campbell Lockhart, Kriss Basil, Kristen A. Kearney, Stephen Emanuel Frank, Justin David O'Connell, Alexia R. De Vincentis, Leslie Wright, Ian J. Stearns, William H. Kettlewell, Anthony E. Fuller, Diana K. Lloyd, Lauren E. Swidler, Mark David Smith, Glenn A. MacKinlay, Jeffrey P. Wiesner, David J. Grimaldi, Natashia Tidwell, Michael M. Maya, Keren E. Goldenberg, Denis Michael King, Sara E. Silva, Jovan Vavic